SEALED

UNSEALED 11/14/13

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

NOV - 8 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. |
| Facebook, 1601 S. California Avenue Palo Alto, CA | ) |
| | ) **13MJ4107** |
| for https://www.facebook.com/brock.gabriel | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Northern_____ District of ___California___ *(identify the person or describe property to be searched and give its location)*: **See Attachment A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___2251, etc___ , and the application is based on these facts: **See attached affidavit**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christiana Huntzinger, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: San Diego, California

_____, U.S. Magistrate Judge
*Printed name and title*

Karen S. Crawford



## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Special Agent Christiana Huntzinger, upon being duly sworn do hereby state that the following is true to my knowledge and belief:

1.      I am a Special Agent with the Naval Criminal Investigative Service, assigned to the San Diego Field Office, and have been in this position for over 9 years.  I am currently assigned to the Special Operations Division of the NCIS San Diego Field Office and am a full time member of the Internet Crimes Against Children (ICAC) task force in San Diego, CA.   I have attended and successfully completed the Criminal Investigator Training Program and the Naval Criminal Investigative Service Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, GA.  I graduated Cum Laude from the University of New Mexico with a Bachelor of Arts degree in Criminology and received a Master of Science degree in Forensic Science with Honors from National University.  I have also received extensive training in conducting Internet investigations regarding the sexual exploitation of minors, child pornography, and the preservation and review of computer related evidence.  Throughout my tenure with NCIS, I have conducted or participated in numerous death, sexual assault, larceny, narcotics, child molestation, and child pornography investigations.  As part of my duties with the ICAC, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252(a). Additionally, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media, and I have written and participated in the execution of numerous federal and state search warrants, probation searches, and U.S. Navy Command Authorized searches, which involved child exploitation and/or child pornography offenses.

2.      This affidavit is offered in support of an application by the United States of America for a search warrant for Facebook.  I seek authority to search Facebook, located as described in Attachment "A", for

a.      the following Facebook account as described in Attachment "B", paragraph II:
Brock G. Mason, with URL: https://www.facebook.com/brock.gabriel from June
11, 2013 to the present, for items which constitute evidence, fruits, and
instrumentalities of violations of federal criminal law, namely, Title 18, United
States Code, Sections 2251 (manufacturing of child pornography) 2252
(possession, receipt, distribution of child pornography), 2422(b) (coercion and
enticement of a minor).

3.      This affidavit is based upon information I have gained through training and
experience, as well as upon information related to me by other individuals, including law
enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a
search warrant, I have not included each and every fact known concerning this investigation but
have set forth only the facts that I believe is necessary to establish probable cause to believe that
evidence relating to violations of Title 18, United States Code §2252, 2251, 2422(b) is located at
the address described in Attachment A.

4.      Based upon the following information, I believe there is probable cause to believe
that currently located within the above-described location (See Attachment "A") there is
evidence, fruits and instrumentalities of trafficking, receipt, distribution, and/or possession of
visual depictions, and other related materials, involving minors engaging in sexually explicit
conduct (child pornography), in violation of Title 18 U.S.C. § 2252, 2251, and 2422(b) et seq.,
more particularly described in Attachment "B."

**BACKGROUND ON FACEBOOK, INTERNET PROTOCOL (IP) ADDRESSES, AND**
**THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN**
**CYBERTIPLINE**

5.      Facebook is a free social networking service that allows users to create their own
profile pages, which can include lists of their favorite musicians, books and movies, images of
themselves and friends, and links to pages within and outside the Facebook environment. When
an individual sets up a particular Facebook account, the user provides their name, however,
Facebook does not check to determine if the Facebook name is the user's real name. In order to

set up a Facebook account, the user must provide an email account that will be linked to the Facebook page. Facebook also assigns a unique "identifier" to the user's account, which is a series of numbers, and differentiates the account from other accounts with the same name. Facebook also assigns a unique URL to a particular Facebook page that will differentiate one account from another. Often times, it is not possible for law enforcement to obtain the unique identifier without legal service to Facebook, however, by locating the home page of a particular user, the unique URL will be obtained.

6.      Facebook allows each user to set the privacy settings on their own account, thus allowing the user to determine if certain information such as their photos, friends list, and home page are available to the public. Facebook provides electronic communication services to its subscribers that is similar to email. Facebook's electronic mail service allows subscribers to communicate with other subscribers and with others through the Internet. These messages remain private between users and are not publicly available.

7.      At the creation of a Facebook account and for each subsequent access to the account, Facebook logs the IP address of the computer accessing the account. Obtaining the IP addresses that have accessed a particular Facebook account often identifies the ISP that owns and has leased that address to its customer. Subscriber information for that customer then can be obtained using appropriate legal process.

8.      An Internet Protocol address or "IP address", is expressed as four groups of numbers separated by decimal points, and is unique to a particular computer during an online session. The IP address provides a unique location making it possible for data to be transferred between computers. IP addresses are leased to businesses and individuals by ISPs. IP addresses can be dynamic, meaning that the ISP assigns a different number to a computer every time it accesses the Internet. IP addresses might also be static if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. Internet companies such as Facebook typically log the IP address used by its subscribers to access their respective services, such as email, chat, and instant messaging. These logs are available to law enforcement via legal process.

9.      The National Center for Missing and Exploited Children (NCMEC) was established in 1984 as a private, nonprofit organization. NCMEC provides services nationwide

3

for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization, NCMEC operates the CyberTipline, a forum for private citizens and businesses to report information related to the mission of the NCMEC, including the sexual exploitation of children. When NCMEC receives a CyberTipline report related to the sexual exploitation of children, they conduct some preliminary research to determine the location of the incident, and then forward the information to the appropriate ICAC task force or the appropriate law enforcement agency for follow-up.

10.    In accordance with 18 U.S.C. 2258A, if an Internet company such as Facebook locates the presence of child pornography in a user's account, they will prepare a CyberTipline report to NCMEC. While Internet companies such as Facebook will report the presence of any child pornography they find to NCMEC, they do not conduct an exhaustive search of a user's Facebook account, but typically use some automated method for locating images of suspected child pornography.

## STATEMENT OF PROBABLE CAUSE

11.    On March 19, 2013, the NCMEC received a Cybertipline report from Facebook indicating that on March 13, 2013, a user with FBID: 1181100048 (a prior account associated with the user of the account that is the subject of this warrant application) uploaded 7 images of suspected child pornography. The report indicated the user of the account's name was: "Brock Mason" with corresponding email account: brock1011@gmail.com. Facebook recorded the IP address that uploaded the images to this Facebook account as: 209.242.135.36. Analysts with NCMEC conducted some preliminary research regarding the above IP address utilizing a website available to the public, and determined the IP address is operated by Cox Communications, and the IP address is utilized by a subscriber in San Diego, CA. A search for the email account brock1011@gmail.com     by     NCMEC     located     a     corresponding     blog     post: http://s13.zetaboards.com/OKWrestle/index/. In this blog post, the user states that he finished college and will be stationed onboard the USS Bonhomme Richard (LHD-6), and that anyone can contact him at: brock1011@gmail.com.

12.    The Cybertipline report was forwarded to the San Diego Internet Crimes Against Children task force and assigned to me on April 30, 2013. I reviewed the information and images forwarded by NCMEC and determined that 6 of the 7 images definitively depicted child

4

entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

f.    Electronic communications, instant messages, and attachments (sent, saved or received) which contain, attach, or describe communications with minors under the age of eighteen years old involving efforts to employ, use, persuade, induce, entice and coerce a minor to engage in any illicit sexual activity.

g.    All communications with minors D.R.1, D.R.2, T.W.

h.    All records that describe the relationship between MASON and minors D.R.1, D.R.2, T.W.

i.    User-attribution data to include data reflecting who used or controlled the Facebook account at or around the time that data reflecting criminal activity within the scope of this warrant was created, accessed, deleted, modified, copied, downloaded, uploaded or printed.

j.    Any and all materials or items which are sexually arousing to individuals who are interested in minors, but which are not in and of themselves obscene or which do not necessarily depict minors involved in sexually explicit conduct. Such material is commonly known as "child erotica" and includes written materials dealing with child development, sex education, child pornography, sexual abuse of children, incest, child prostitution, diaries about sexual contact with children, and fantasy writings as well as photographs of children engaged in activities familiar to the individuals interested in minors.

k.    Electronically stored communications or messages reflecting computer on-line chat sessions or e-mail messages with any persons regarding the possession, receipt, distribution, production, advertising and/or reproduction of child pornography, as defined in 18 U.S.C. § 2256.

l.    Any and all usernames, email accounts, or online identities that may have been used for the sexual exploitation of minors or for communications with individuals sharing an interest in the sexual exploitation of minors.

m.    Any and all usernames, email accounts, or online identities that may have been used for communications with individuals appearing to be minors, including but not limited to D.R.1, D.R.2, T.W. and any and all communications with such minors.

pornography. One image depicted suspected child pornography. A description of some of the images of child pornography uploaded is:

> File2.jpg uploaded at Wed Mar 13 22:15 PDT 2013 from 209.242.135.36
>
> Depicts two young males, approximately 12-14 years old who are nude. One boy is sitting in a chair with an erect penis and the other male is orally copulating the male who is sitting in the chair.

> File3.jpg uploaded at Wed Mar 13 23:27 PDT 2013 from 209.242.135.36
>
> Depicts an adult male who is orally copulating an approximately 10-12 year old male's erect penis.

> File5.jpg uploaded Wed Mar 13 23:20 PDT 2013 from 209.242.135.36
>
> Depicts three underage boys. There is one boy, approximately 4-7 years old who is lying on his back and is being anally penetrated by the penis of an approximately 10-12 year old boy. Another boy, approximately 7-10 years old, is sitting on the face of the 4-7 year old boy and inserting his penis in the boy's mouth. The two older boys are looking at the camera.

13.   Due to the possibility of a Navy affiliation by the user, I conducted a query in the Department of Defense Employee Interactive Database System (DEIDS) for Brock MASON. I located a U.S. Navy member assigned to the USS Bonhomme Richard, which is currently stationed in Sasebo, Japan. Further queries with the U.S. Navy revealed the USS Bonhomme Richard was out to sea on March 13, 2013, when the images were uploaded to this Facebook account.

14.   Based on the above information, on May 24, 2013, I obtained a federal search warrant from the Honorable Mitchell D. Dembin (13MJ2044), to search the Facebook account for Brock Gabriel MASON, with Facebook ID (FBID: 1181100048) for evidence of violations involving the receipt, distribution and possession of child pornography. The warrant authorized me to search the Facebook account for evidence from January 1, 2012 to May 24, 2013. The warrant was served on Facebook on May 24, 2013 and the results were received on August 5, 2013 and reviewed by me.

15.   In reviewing the results for evidence of child pornography as authorized by the original warrant, I located several images of child pornography that were uploaded and then subsequently deleted. In reviewing the Facebook messages for evidence of child pornography, I also viewed messages between MASON and other users who appeared to be minors under the age of 18. Based on the Facebook ID and name of the other Facebook users, I was able to locate and view the Facebook home pages of the other individuals via public access to Facebook to confirm that the accounts appeared to belong to minors. The messages exchanged between MASON and the minors reflect his attempt to (1) entice and persuade the minors to engage in criminal sexual activity, in violation of 18 U.S.C. § 2242 and document violations of 18 U.S.C. 2251 (Manufacturing child pornography). The presence of child pornography images documents MASON's interest in child pornography, in violation of 18 U.S.C. 2252.

16.   MASON communicated with the two underage males, twins D.R.1 and D.R.2. Authorities from Oklahoma confirmed on November 6, 2013 that the twins are both minors residing in Oklahoma. D.R.1 has Facebook ID: 100001277835599. I was able to view D.R.1's Facebook page by accessing the Facebook URL: https://www.facebook.com/profile.php?id=100001277835599 that is publicly available. The Facebook page shows an image of an approximately 12-14 year old male child, who is black or mixed race, with long, curly, dark brown or black. The child indicates he resides in Oklahoma, and that he has a brother (D.R.2). In one message, D.R.1 appears to get into an argument with MASON and accuses MASON of using him (and his twin) for their "privates." D.R.1 also threatens to tell his mother about MASON's activities, and references a time when MASON offered D.R.1 monetary compensation for the opportunity to "suck" D.R.1. In my training and experience, discussion about the opportunity to "suck" D.R.1 refers to an opportunity to orally copulate the minor. D.R.1 also discusses MASON's prior statements that he loved D.R.1 and D.R.2. and how MASON "touch[ed]" him. D.R.1 also describes how MASON and he communicate via text message and over Facebook.

17.   For example, D.R.1 and MASON exchanged the following conversation on February 14, 2013:

**Sent** 2013-02-14 01:38:46 UTC

6

**D.R.1:** Ur rude bro u already got a good iPod I have spiral of shit iPhone that is stolen and u gave it to me but ur talking all about u love us and stuff if u truly loved me u would give it to me
**Sent** 2013-02-14 01:40:44 UTC
**Brock Mason (1181100048)**No shutup. Im getting it back, or you can give me ur iphone that a paid half for also. its up to you
**Sent** 2013-02-14 01:40:54 UTC
**Brock Mason (1181100048)**If it wasnt for me u wouldnt have either
**Sent** 2013-02-14 01:42:22 UTC
**D.R.1:** Whatever ill send it to u I don't even want see ur face actually u can come see [D.R.2] that's all did is use use for are privates so fuck u and stop txting me and delet me from Facebook
**Sent** 2013-02-14 01:43:52 UTC
**D.R.1:** And my Mom will find out
**Sent** 2013-02-14 01:43:59 UTC
**D.R.1:** U asshole
**Sent** 2013-02-14 01:44:10 UTC
**Brock Mason (1181100048)**Ok cool. Ill give you my address and send it today
**Sent** 2013-02-14 01:44:52 UTC
**D.R.1:** No ill call the cops about u touching me and stuff
**Sent** 2013-02-14 01:44:54 UTC
**Brock Mason (1181100048)**and i want my other million things u guy have............
**Sent** 2013-02-14 01:45:28 UTC
**D.R.1:** Ok I don't need ur stuff when u get here the cops will have it
**Sent** 2013-02-14 01:45:36 UTC
**Brock Mason (1181100048)**ok whatever you know its not like that just shutup and quit trying to make me feel bad
**Sent** 2013-02-14 01:46:11 UTC
**Deleted** false
**D.R.1:** Whatever I'm not that's what u did ill give u money if u let me suck u
**Sent** 2013-02-14 01:46:50 UTC
**D.R.1:** That's what u did and u already gave me that iPod but its whatever i guess u don't love me no more

18.     On February 18, 2013, the two continued with D.R.1 asking MASON to pick him up. MASON declined, stating that he was watching a movie. D.R.1 pleaded with MASON to pick him up, promising him a "pill" (which MASON declined) and to give MASON back some electronics. MASON referred to D.R.1 as a "lil kid" and told him that D.R.1 should not hang out with MASON. MASON wrote "I'm not good for u and always think about sex. U know that and don't like it."

**D.R.1:** plz ill give uy ur ipod back
**Sent** 2013-02-18 04:38:59 UTC
**Deleted** false
**Brock Mason (1181100048)**I'm hanging out with one my actual friends
**Sent** 2013-02-18 04:41:09 UTC
**Brock Mason (1181100048)**Ur just always rude or suck up to get something
**Sent** 2013-02-18 04:41:10 UTC
**D.R.1:** i got u i have money for my food and everthing
**Sent** 2013-02-18 04:42:12 UTC
**Brock Mason (1181100048)**Bro u spit on my fucking face! What would u do if I
did that to u.
**Sent** 2013-02-18 04:42:35 UTC
**D.R.1:** punch u
**Sent** 2013-02-18 04:43:33 UTC
**Brock Mason (1181100048)**Exactly and I can't cause ur a lil kid
**Sent** 2013-02-18 04:44:02 UTC
**D.R.1:** u did anyways
**Sent** 2013-02-18 04:45:38 UTC
**Brock Mason (1181100048)**No I didn't ..I have never even tried to hit my hardest.
**Sent** 2013-02-18 04:46:05 UTC
**D.R.1:**  u hit me hard lastnight
**Sent** 2013-02-18 04:48:31 UTC
**Brock Mason (1181100048)**Only like 50% as hard I could.
**Sent** 2013-02-18 04:49:06 UTC
**Brock Mason (1181100048)**And u always start it I would Never just hit u for no
reason.
**Sent** 2013-02-18 04:52:04 UTC
**D.R.1:** o yea
**Sent** 2013-02-18 04:53:08 UTC
**Brock Mason (1181100048)**Yea
**Sent** 2013-02-18 04:53:47 UTC
**D.R.1:** yup come get mwe
**Sent** 2013-02-18 04:55:27 UTC
**Brock Mason (1181100048)**No u guys are too loud all u together maybe next I'm
back. If that is ever again :/
**Sent** 2013-02-18 04:57:26 UTC
**D.R.1:** plz im done i toook my pill
**Sent** 2013-02-18 05:01:42 UTC
**Brock Mason (1181100048)**No u guys can't all come
**Sent** 2013-02-18 05:02:18 UTC
**D.R.1:** ok just mer
**Sent** 2013-02-18 05:09:35 UTC
**Brock Mason (1181100048)**No bro sorry I can't trust u anymore with anything u
say

**Sent** 2013-02-18 05:10:21 UTC
**D.R.1:** ok babe
**Sent** 2013-02-18 05:12:47 UTC
**Brock Mason (1181100048)**Ya and don't think I'm gunna do anything with u even when u want to. cause I Don't.
**Sent** 2013-02-18 05:14:39 UTC
**D.R.1:** ok
**Sent** 2013-02-18 05:14:55 UTC
**D.R.1:** but come and get me
**Sent** 2013-02-18 05:18:50 UTC
**Brock Mason (1181100048)**I can't bro
**Sent** 2013-02-18 05:20:06 UTC
**D.R.1:** plz
**Sent** 2013-02-18 05:20:30 UTC
**D.R.1:** i have money and the ipod is urd
**Sent** 2013-02-18 05:20:53 UTC
**Brock Mason (1181100048)**Soo what I get?
**Sent** 2013-02-18 05:21:49 UTC
**D.R.1:** Something
**Sent** 2013-02-18 05:22:14 UTC
**D.R.1:** What u want from McDonald's
**Sent** 2013-02-18 05:23:50 UTC
**Brock Mason (1181100048)**Nothing from there.
**Sent** 2013-02-18 05:23:59 UTC
**D.R.1:** were then
**Sent** 2013-02-18 05:27:31 UTC
**D.R.1:** Come get me
**Sent** 2013-02-18 05:29:35 UTC
**Brock Mason (1181100048)**Bro I got to get up at 5. And plus I can't believed u promised about saying u would ttell anyone what I told u.
**Sent** 2013-02-18 05:54:41 UTC
**Brock Mason (1181100048)**And plus we can't do anything in the car tonight if I did come.
**Sent** 2013-02-18 05:58:21 UTC
**D.R.1:** just come im stavin i dotnhave no food and im hungry plz
**Sent** 2013-02-18 06:34:14 UTC
**D.R.1** so plz comem
**Sent** 2013-02-18 06:34:19 UTC
**Deleted** false
**D.R.1:** m hungry
**Sent** 2013-02-18 06:37:22 UTC
**Brock Mason (1181100048)**And bro I don't want u to be around me anymore I'm not good for u and always think about sex. U know that and don't like it.
**Sent** 2013-02-18 06:38:04 UTC

9

**D.R.1:** come right now im hungry

19.     Earlier chats suggest that MASON requested D.R.1 to web cam.

**Sent** 2013-02-09 07:13:40 UTC
**Brock Mason (1181100048)** can u cam is [D.R.1] up
**Sent** 2013-02-09 07:15:05 UTC
**D.R.1** ya i can cam
**Sent** 2013-02-09 07:17:05 UTC
**Brock Mason (1181100048)**ok
**Sent** 2013-02-09 07:21:12 UTC
**Brock Mason (1181100048)** is this [D.R.1]?
**Sent** 2013-02-09 07:21:12 UTC
**Brock Mason (1181100048): [D.R.2]?**

20.     In addition to the web cam request, on multiple occasions, MASON referenced purchasing a "pill" from D.R.1.  On 10/28/12, MASON states, "I can buy a pill from u tnrw" and on 11/16/12 MASON states, "bro I got I test tmrw that's why I need a pill... I could like drop you off but I cant go tonight.. tmrw maybe."  Based on the context of the conversations and my training and experience, it is believed that the "pill"---which DR1 states he took in response to MASON's concern that he is too loud---is prescription medication used to treat conditions like a minor's hyperactivity or attention deficit disorder.  In my training and experience, I know that there is a black market for non-prescription abuse of such controlled substances.

21.     MASON often instructed D.R.1 to delete evidence of their online communications.  For example, on March 23, 2013, MASON writes to D.R.1: "Delete ur messages on here though", and later writes, "Delete our convo".

22.     MASON also communicated with D.R.2 (FBID:100001126961113). I was able to access D.R.2's Facebook page via the following URL: www.facebook.com/profile.php?id=100001126961113,  and it showed an image of an approximately 12-14 year old male child who is black or of mixed race who has short dark brown or black hair.  The communications with D.R.2 reflect a video of D.R.1, D.R.2, and MASON created in a hotel room.  MASON asks D.R.2 to ensure that the video is deleted.  Given his prior statements about sexual activity with D.R.1 and D.R.1's description of his relationship with MASON, and MASON's preoccupation with deleting the video, there is probable cause that the video is evidence of an 18 U.S.C. § 2251 offense.  D.R.2 and MASON wrote:

**Sent** 2013-02-28 01:51:00 UTC
**Brock Mason (1181100048)**hey did u know some girl sent [D.R1] naked pics.. dont say anything tho
**Sent** 2013-02-28 01:51:14 UTC
**D.R.2:** they are fucking cheap dooooo u aint get any price better than that
**Sent** 2013-02-28 01:51:35 UTC
**Brock Mason (1181100048)**idc im not buying one until after the first when i get paid
**Sent** 2013-02-28 01:53:04 UTC
**Deleted** false
**Brock Mason (1181100048)**did u see them?
**Sent** 2013-02-28 01:53:22 UTC
**D.R.2:** ya
**Sent** 2013-02-28 01:54:23 UTC
**Brock Mason (1181100048)**thats gross bro.. girls ur age are too young they shouldnt be sending that stuff on phones like that. neither should you guys.
**Sent** 2013-02-28 01:55:42 UTC
**D.R.2:** wat stuff
**Sent** 2013-02-28 01:56:22 UTC
**Brock Mason (1181100048)**and if you ever see his phone open delete the videos he took of me and all us in the hotel room. thats ur secret mission before i get your iphoe lol
**Sent** 2013-02-28 01:56:49 UTC
**Brock Mason (1181100048)**pics showing too much... like of the girls naked he had
**Sent** 2013-02-28 01:56:53 UTC
**D.R.2:** do wat
**Sent** 2013-02-28 01:56:59 UTC
**D.R.2:** wat u talking about
**Sent** 2013-02-28 01:57:17 UTC
**Brock Mason (1181100048)**do you know his fb password?
**Sent** 2013-02-28 01:57:44 UTC
**Brock Mason (1181100048)**if you our on his fb he has pics synched from his phone
**Sent** 2013-02-28 01:57:52 UTC
**Brock Mason (1181100048)**that only he can see
**Sent** 2013-02-28 01:57:55 UTC
**D.R.2:** ok
**Sent** 2013-02-28 01:58:11 UTC
**Brock Mason (1181100048)**its some black chick
**Sent** 2013-02-28 01:58:29 UTC
**D.R.2:** ok
**Sent** 2013-02-28 01:58:40 UTC

**D.R.2:** how did u get those photos
**Sent** 2013-02-28 01:59:00 UTC
**D.R.2:** he has already deleted them
**Sent** 2013-02-28 01:59:12 UTC
**D.R.2:** and the stuff at the hotel
**Sent** 2013-02-28 01:59:20 UTC
**Brock Mason (1181100048)**ohh ok he better..
**Sent** 2013-02-28 01:59:29 UTC
**D.R.2:** ya
**Sent** 2013-02-28 01:59:34 UTC
**D.R.2:** ok iphone time
**Sent** 2013-02-28 01:59:44 UTC
**Brock Mason (1181100048)**did he fuck that chick or something?
**Sent** 2013-02-28 01:59:53 UTC
**Brock Mason (1181100048)**u guys better not be making no effin babies
**Sent** 2013-02-28 01:59:54 UTC
**D.R.2:** ya
**Sent** 2013-02-28 02:00:00 UTC
**Brock Mason (1181100048)**ok
**Sent** 2013-02-28 02:00:18 UTC
**Brock Mason (1181100048)**the stuff from the hotel he did?

23.     MASON also exchanged messages with a minor, T.W.(FBID: 100005407449127) via URL: www.facebook.com/profile.php?id=100005407449127. In the communications, MASON discusses D.R.1 and D.R.2, suggests that he knows the size of D.R.1's penis, asks T.W. for a photograph of D.R.1's penis, and then requests a photograph of her "boobs." The two began with a sexual conversation about T.W.'s sexual activity with D.R.1, where MASON evidenced his knowledge of their youth:

**Sent** 2013-04-12 16:32:13 UTC
Brock Mason (1181100048): you been talking or hanging out wit the [D.R.1 and D.R.2] twins>? lol
**Sent** 2013-04-13 09:40:21 UTC
T.W.: yes of course I need to tell u something
**Sent** 2013-04-13 10:38:30 UTC
T.W.: I wanna go out with D.R.1 so bad but he likes Sydney but I asked him if I was pretty
beautiful gorgeous or sexy and he said all of the above and that I have a sexy body
**Sent** 2013-04-13 12:05:45 UTC
T.W.: did D.R.1 or D.R.2 tell u what me and D.R.2 did
**Sent** 2013-04-13 12:06:06 UTC
Brock Mason (1181100048): u guys makeout?

**Sent** 2013-04-13 12:06:55 UTC
**T.W.:** kinda but we did something else to
**Sent** 2013-04-13 12:07:49 UTC
**T.W.:** my house and we had...
**Sent** 2013-04-13 12:08:29 UTC
Brock Mason (1181100048): like all the way for real?
**Sent** 2013-04-13 12:08:59 UTC
**T.W.:** yah no joke
**Sent** 2013-04-13 12:09:14 UTC
Brock Mason (1181100048): did he cum in you? i hope not! lol
**Sent** 2013-04-13 12:09:38 UTC
Brock Mason (1181100048): haha thats cool congrats ahh you guys lost ur
virginity together thats cute
**Sent** 2013-04-13 12:10:51 UTC
**T.W.:** haha D.R.1 got jelous
**Sent** 2013-04-13 12:12:22 UTC
Brock Mason (1181100048): ohh so how was it was he anygood at it lol..
**Sent** 2013-04-13 12:12:49 UTC
**T.W.:** lol yes
**Sent** 2013-04-13 12:13:32 UTC
Brock Mason (1181100048): haha thats good I hope you guys were safe..
**Sent** 2013-04-13 12:13:53 UTC
**T.W.:** we were
**Sent** 2013-04-13 12:14:06 UTC
Brock Mason (1181100048): i dont know if he is old enough to sperm yet, but you
gotta make sure to wear a condom
**Sent** 2013-04-13 12:15:41 UTC
**T.W.:** no he doesn't have sperm and I would date him but he has dated way to
many of my friends
**Sent** 2013-04-13 12:16:18 UTC
Brock Mason (1181100048): ohh darn
**Sent** 2013-04-13 12:16:21 UTC
**T.W.:** [DR1] said he has sperm but I'm not sure
**Sent** 2013-04-13 12:19:33 UTC
Brock Mason (1181100048): so did you suck his D at all?
**Sent** 2013-04-13 12:19:49 UTC
Brock Mason (1181100048): lol so I bet you liked it ;) you know u want him..
**Sent** 2013-04-13 12:20:40 UTC
**T.W.:** hahaha yeah and I was to nervous to suck his D
**Sent** 2013-04-13 12:21:18 UTC
Brock Mason (1181100048): haha I bet he asked you to! all guys like that the
most
**Sent** 2013-04-13 12:22:12 UTC
Brock Mason (1181100048): did he say that was his first time?

13

**Sent** 2013-04-13 12:23:24 UTC
Brock Mason (1181100048): haha it was unless he counts jacking off lmfao
**Sent** 2013-04-13 12:24:15 UTC
Brock Mason (1181100048): so jw i know you sent [DR1] pics did they ever send pics to of like them like naked?
**Sent** 2013-04-13 12:27:44 UTC
Brock Mason (1181100048): like of his bonner?
**Sent** 2013-04-13 12:27:55 UTC
Brock Mason (1181100048): did you mom see the pics?! that would suck
**Sent** 2013-04-13 12:28:49 UTC
**T.W.:** no she didn't see the pic I would be dead right now if she did
**Sent** 2013-04-13 12:31:50 UTC
Brock Mason (1181100048): was [DR2] big or small?
**Sent** 2013-04-13 12:31:58 UTC
Brock Mason (1181100048): if u know what i mean lol
**Sent** 2013-04-13 13:21:42 UTC
**T.W.:** yeah it was big

24.    MASON and T.W. continued their conversation, where MASON asked for details about her sexual activity with D.R.2.  In this conversation, MASON references his knowledge about the size of D.R.2's penis.

**Sent** 2013-04-16 11:54:42 UTC
Brock Mason (1181100048): so how come u said u had sex with [DR2]?
**Sent** 2013-04-16 11:55:21 UTC
**T.W.:** cuz we did but whatever he can say we didn't but we did
**Sent** 2013-04-16 12:00:10 UTC
**Brock Mason** (1181100048):  idk it just is... umm ya but his dick is small so idk if ur telling the truth..
**Sent** 2013-04-16 12:02:59 UTC
**T.W.:** lol and how do u know its small
**Sent** 2013-04-16 12:03:29 UTC
Brock Mason (1181100048): ummm... dont worry about it
**Sent** 2013-04-16 12:05:50 UTC
Brock Mason (1181100048): did he really send u a pic of his dick? i dont believe u
**Sent** 2013-04-16 12:06:10 UTC
**T.W.:** who
**Sent** 2013-04-16 12:06:35 UTC
Brock Mason (1181100048): [DR2]
**Sent** 2013-04-16 12:06:41 UTC
Brock Mason (1181100048): of his bonner lol
**Sent** 2013-04-16 12:07:32 UTC

14

**T.W.:** lol no I don't know if it was a Bonner
**Sent** 2013-04-16 12:07:48 UTC
Brock Mason (1181100048): haha well that doesnt make sense
**Sent** 2013-04-16 12:07:58 UTC
Brock Mason (1181100048): do you even know what a bonner is lmao
**Sent** 2013-04-16 12:08:10 UTC
**T.W.:** sorda
**Sent** 2013-04-16 12:08:11 UTC
Brock Mason (1181100048): u still have it?
**Sent** 2013-04-16 12:08:40 UTC
**T.W.:** no and I was to busy laughing at the pic
**Sent** 2013-04-16 12:08:58 UTC
Brock Mason (1181100048): its when its hard and sticks up.. like it has to be a
bonner when u have sex duhhh
**Sent** 2013-04-16 12:11:02 UTC
Brock Mason (1181100048): yeah ur all talk lol.. so yeah u cant say anything but
[DR1] is like bi or just like being naked around guys
**Sent** 2013-04-16 12:11:32 UTC
Brock Mason (1181100048): when he stayed he kept getting under covers on my
couch and jacking off to porn.
**Sent** 2013-04-16 12:11:45 UTC
Brock Mason (1181100048): his dick is super small lol..
**Sent** 2013-04-16 12:12:05 UTC
**T.W.:** ewwwww your disgusting lol
**Sent** 2013-04-16 12:12:15 UTC
Brock Mason (1181100048):  but i know girls run their mouth but please dont say
anything or i wont ever talk or tell you anything elese i know

25.     MASON also referenced T.W.'s age, asked her for a photograph of D.R.1
and then for a photograph of T.W.

**Sent** 2013-04-16 12:15:45 UTC
**T.W.:** ok how old do I act
**Sent** 2013-04-16 12:16:42 UTC
Brock Mason (1181100048): idk never met u in person
**Sent** 2013-04-16 12:16:50 UTC
Brock Mason (1181100048): how old do guys say u act?
**Sent** 2013-04-16 12:17:49 UTC
Brock Mason (1181100048): send me a pic
**Sent** 2013-04-16 12:18:13 UTC
**T.W.:** they don't tell me how old I act but when I'm talking to them on the phone
they say I sound like I'm 14 and okk?
**Sent** 2013-04-16 12:19:01 UTC

Brock Mason (1181100048): ohh cool... i wish i was still in norman you could come shoot with all us.
**Sent** 2013-04-16 12:20:43 UTC
Brock Mason (1181100048):  if i was closer to ur age like i would prob think ur cool and like u
**Sent** 2013-04-16 12:21:59 UTC
**T.W.:** most people do I'm fun to be around
**Sent** 2013-04-16 12:22:39 UTC
**T.W.:** I gotta go I'm at school
**Sent** 2013-04-16 12:22:51 UTC
Brock Mason (1181100048): haha ya i had the biggest ...um ya lol
**Sent** 2013-04-16 12:22:55 UTC
Brock Mason (1181100048): ok bye
**Sent** 2013-04-16 12:23:39 UTC
**T.W.:** u had the biggest what
**Sent** 2013-04-16 12:23:56 UTC
Brock Mason (1181100048): nvm go to schoool
**Sent** 2013-04-16 12:24:03 UTC
Brock Mason (1181100048): bye ill ttyl..
**Sent** 2013-04-16 12:24:13 UTC
**T.W.:** okay
**Sent** 2013-04-16 12:24:15 UTC
Brock Mason (1181100048): delete these msgs i dont want people to see them
**Sent** 2013-04-16 12:24:26 UTC
**Deleted** false
Brock Mason (1181100048): we been talking about some bad stuff lol
**Sent** 2013-04-16 12:25:00 UTC
Brock Mason (1181100048): but ya u look like ur 14-15
**Sent** 2013-04-24 00:45:00 UTC
Brock Mason (1181100048): Hey send me that pic
**Sent** 2013-04-24 00:45:34 UTC
**T.W.:** What pic
**Sent** 2013-04-24 00:45:53 UTC
Brock Mason (1181100048):  Of D.R.2 I don't believe u
**Sent** 2013-04-24 00:46:22 UTC
**T.W.:** I don't have the pic this is my friends phone
**Sent** 2013-04-24 00:46:32 UTC
Brock Mason (1181100048): Ohh
**Sent** 2013-04-24 00:47:27 UTC
**Attachments** image_1366764440811182.jpg (492904184114640)

**T.W. sends an image of the faces of two girls, who appear to be between the ages of 11-13 years old and then the following exchange occurs:**

**Sent** 2013-04-24 00:48:39 UTC
Brock Mason (1181100048): Did u just take that pic?
**Sent** 2013-04-24 00:48:47 UTC
**T.W.:** Yes
**Sent** 2013-04-24 00:49:11 UTC
**T.W.:** She's weird she's trying to staple things to her wall
**Sent** 2013-04-24 00:49:27 UTC
Brock Mason (1181100048): I like the ones I seen on [DR1's] iPhone more lol
**Sent** 2013-04-24 00:49:47 UTC
S Brock Mason (1181100048): she looks a lot younger then u
**Sent** 2013-04-24 00:49:56 UTC
**T.W.:** Lol she's 10
**Sent** 2013-04-24 00:54:23 UTC
Brock Mason (1181100048): Ya. Take one of ur boobs
**Sent** 2013-04-24 00:58:14 UTC
**T.W.:** I will of mine lmao
**Sent** 2013-04-24 04:32:36 UTC
**T.W.:** Lol
**Sent** 2013-04-25 03:41:18 UTC
Brock Mason (1181100048): So u get with [DR1] and suck his dick lol?

26.    The Facebook results indicate that MASON's Facebook page used in the above communications was "disabled" on May 30, 2013.  In reviewing the publicly available Facebook pages of DR1 and DR2, I was able to locate a new Facebook page for "Brock G. Mason", with URL: www.facebook.com/brock.gabriel. The Facebook user ID is unknown for this new account. I was able to view the home page of this Facebook account and located an image of MASON as a profile photo and a photo of him in his Navy uniform that he posted on his page on a previous date. The Facebook page indicates that he "joined Facebook on June 11, 2013", and there are several wall posts on his own page indicating he is in Japan. Additionally, in reviewing the "wall posts" on the publicly available Facebook page for DR1, I located instances where Mason posted comments from this new Facebook account on DR1's home page that are dated as recent as October 18, 2013. The comments are not necessarily sexual in nature, but do indicate that Mason and DR1 are still in contact.

27.    As a result of my training and experience in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals

involved in the distribution and collection of child pornography:

a.      Individuals who are sexually attracted to children and who feel a need to interact with them will go wherever the children go.  In today's world, children go on the Internet, and more particularly, to certain social networking websites that cater to youth. Such websites that are frequented by minors allow the users to exchange photos or video, have a chat function, allow the user to post his/her age, allow the user to post the school that he/she attends, and have a networking function that allows users to make friends easily. This affords other individuals the opportunity to "shop" for individuals of their choosing. These websites include but are not limited to: Facebook, MeetMe, Twitter, IMVU, and Yahoo Chat.

b.  Adults who are engaging in this sort of activity via social networking websites are aroused by children and aroused by the challenge of enticing and coercing minors to engage in sexual chat messages and to send sexual images. For some of them, their arousal is met by communicating sexually with minors and grooming them to perform certain sexual acts. Sometimes the end goal is to groom the child to the point of the child being willing to meet with them in person for the purpose of engaging in sexual acts. Other individuals, however, may engage in the activity in order to gain nude images of the child to add to a collection of other child pornography.

c.  If the individual is also a collector of child pornography, they are always looking to add new images to their collection and treat their material as prized possessions and are especially unlikely to part with them.  Even if the collector feels threatened by exposure to law enforcement, he will usually seek to preserve his collection by hiding it better, such as in their vehicle, rather than by destroying it.  The collection may be culled and refined, but the size of the collection tends to increase over time.  This is particularly true since digital storage media have increased in storage capacity as they have decreased in cost.

d.  In fact, many collectors protect their collections by creating back-ups, sometimes multiple back-ups, of some or all of the collection.  Child pornography, unlike some other kinds of contraband (e.g. drugs), is not "consumed" by the user.  The "consumption" of

this product results in its proliferation; more copies are generated. The very nature of computers as a means of collection, transmission, and/or storage lends itself to permanent preservation of the item. If the collector relocates, his collection almost always moves with him.

e. Individuals who collect child pornography and/or save communications and images from children they communicate with on the Internet tend to maintain and possess their material in the privacy and security of their homes or some other secure location like their vehicles where it is readily available. The collection may include sexually explicit or suggestive materials involving children, such as photographs, digital images, magazines, narratives, motion pictures, DVDs, CD-ROMs, video tapes, books, slides, drawings, computer images or other visual media or sexually based communcations.

f. Individuals who have a sexual interest in children or images of children also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

g. Individuals who have a sexual interest in children or images of children prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

h. Online predators may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

i. Online predators may collect sexually explicit or suggestive materials and oftentimes use these materials for their own sexual arousal and gratification. Furthermore, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts. Many of these

communications are done online via email, instant messaging, or via instant messaging and email functions of social networking websites.

j. Online predators often maintain their child pornography or discussions about the molest of children in a safe, secure and private environment, such as an online account, computer, or in their residence. These collections are often maintained for several years and are kept accessible, to enable the collector to view this material, which is valued highly.

k. Online predators often correspond with and/or meet others to share information and materials; are rarely able to completely destroy correspondence from other child pornography distributors/collectors; conceal correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography or the molest of children.

28.    The person using the Facebook account and email account listed in Attachment B exhibits the common characteristics described above of someone involved in the distribution, receipt, and possession of child pornography, and the coercion and enticement of minors as evidenced by the facts that are set forth in this Affidavit, including the fact that the person uploaded images of child pornography to the Facebook account.

## **PROCEDURES FOR ELECTRONICALLY STORED INFORMATION**

29.    Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Facebook are not. It would be inappropriate and impractical for federal agents to search the vast computer network of Facebook for the relevant accounts and then to analyze the contents of those accounts on the premises of. The impact on Facebook's businesses would be severe.

30.    Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored voice messages, images, videos, wall posts, friends lists, subscriber information, IP logs and any other content from the Facebook account, as

described in Attachment A. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of Facebook, to protect the rights of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow Facebook to make a digital copy of the entire contents of the accounts subject to seizure. That copy will be provided to me or to any authorized federal agent. Specifically, Facebook will be authorized to place the entire contents of the accounts subject to seizure, copy them onto removable electronic storage media, and place send the removable electronic storage media through an express delivery service to the requesting agent, Special Agent Christiana Huntzinger. The copy will be forensically imaged and the image will then be analyzed to identify communications and other data subject to seizure pursuant to Attachment B. Relevant data will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

31.     Analyzing the data to be provided by Facebook requires special technical skills, equipment and software. It also can be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Certain file formats do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. The data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically.

32.     Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

33.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the subject account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

34.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

## GENUINE RISKS OF DESTRUCTION

35.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills.  In this case, only if the subject receives advance warning of the execution of this warrant, will there be a genuine risk of destruction of evidence.

## PRIOR ATTEMPTS TO OBTAIN DATA

36.     The United States has not attempted to obtain this data by other means.

## REQUEST FOR SEALING AND PRECLUSION OF NOTICE

37.     This is an ongoing investigation of which the target(s) are unaware.  It is very likely, based upon the above, that evidence of the crimes under investigation exists on computers subject to the control of the targets.  There is reason to believe, based on the above, that premature disclosure of the existence of the warrant will result in destruction or tampering with that evidence and seriously jeopardize the success of the investigation.  Accordingly, it is requested that this warrant and its related materials be sealed until further order of the Court.  In addition, pursuant to Title 18, United States Code, Section 2705(b), it is requested that this Court order the electronic service provider to whom this warrant is directed not to notify anyone of the

existence of this warrant, other than its personnel essential to compliance with the execution of this warrant until further order of the Court.

Christiana Huntzinger, Special Agent
Naval Criminal Investigative Service

Subscribed and sworn to before me
this _____ 8th _____ day of November, 2013.

KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

Facebook is a social networking service with its primary computer information systems and other electronic communications and storage systems, records and data located at:

1601 S. California Avenue, Palo Alto, CA 94304.

entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

f.   Electronic communications, instant messages, and attachments (sent, saved or received) which contain, attach, or describe communications with minors under the age of eighteen years old involving efforts to employ, use, persuade, induce, entice and coerce a minor to engage in any illicit sexual activity.

g.   All communications with minors D.R.1, D.R.2, T.W.

h.   All records that describe the relationship between MASON and minors D.R.1, D.R.2, T.W.

i.   User-attribution data to include data reflecting who used or controlled the Facebook account at or around the time that data reflecting criminal activity within the scope of this warrant was created, accessed, deleted, modified, copied, downloaded, uploaded or printed.

j.   Any and all materials or items which are sexually arousing to individuals who are interested in minors, but which are not in and of themselves obscene or which do not necessarily depict minors involved in sexually explicit conduct.  Such material is commonly known as "child erotica" and includes written materials dealing with child development, sex education, child pornography, sexual abuse of children, incest, child prostitution, diaries about sexual contact with children, and fantasy writings as well as photographs of children engaged in activities familiar to the individuals interested in minors.

k.   Electronically stored communications or messages reflecting computer on-line chat sessions or e-mail messages with any persons regarding the possession, receipt, distribution, production, advertising and/or reproduction of child pornography, as defined in 18 U.S.C. § 2256.

l.   Any and all usernames, email accounts, or online identities that may have been used for the sexual exploitation of minors or for communications with individuals sharing an interest in the sexual exploitation of minors.

m.   Any and all usernames, email accounts, or online identities that may have been used for communications with individuals appearing to be minors, including but not limited to D.R.1, D.R.2, T.W. and any and all communications with such minors.